IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DAWN BISHOP McLIN, Ph.D**                                                                    **PLAINTIFF**

v.                                                       CIVIL ACTION NO:3:25-cv-00193HTW-ASH

**JACKSON STATE UNIVERSITY,**
**THE MISSISSIPPI BOARD OF TRUSTEES OF**
**STATE INSTITUTIONS OF HIGHER**
**LEARNING, and MARCUS L. THOMPSON, Ph.D**                         **DEFENDANTS**

### MARCUS L. THOMPSON, Ph.D'S REPLY
### IN SUPPORT OF HIS MOTION TO DISMISS

**COMES NOW**, Dr. Marcus L. Thompson, Ph.D ("Dr. Thompson" or "Thompson"), by and through his undersigned counsel, and files this, his, Reply in Support of his Motion to Dismiss in the above-styled and -numbered cause. In his Motion to Dismiss Plaintiff's Complaint for an Emergency Temporary Restraining Order, Preliminary and Permanent Injunctions, and Other Relief ("the Complaint"), Dr. Thompson urged this Court to dismiss Plaintiff's Complaint on several grounds. First, Dr. Thompson moved the Court to dismiss the claims Plaintiff brings in her Complaint pursuant to Title 42 U.S.C. § 1983 because on those claims is entitled to qualified immunity. On that point, the plaintiff's Complaint fails to show that the conduct she claims Dr. Thompson engaged in violated her constitutional rights or clearly established law. Thompson points out, too, that even outside of qualified immunity Plaintiff's Complaint does not describe with legal sufficiency her claims that Dr. Thompson violated her procedural or substantive due process rights with respect to his intention of terminating her employment; his and Jackson State University's handling of her pretermination hearing; and his decision to recommend the Mississippi Institutions of Higher Learning terminate her employment after that hearing. The Motion to Dismiss also demonstrates the Complaint's inadequate pleading of her allegations of

certain Mississippi common law claims for breach of contract, tortious interference with contract, and intentional infliction of emotional distress. Finally, Dr. Thompson's Motion demonstrates that Plaintiff's Complaint must be dismissed because her request for injunctive relief fails on both procedural and substantive grounds.

Plaintiff filed a Response brief in opposition to Defendant's points in his Motion to Dismiss, but her her Response largely fails to respond. One of the primary and overarching issues with Plaintiff's averments in her Complaint is that she does not, and cannot, say that she has actually been terminated from her employment position with the University. Even now, Plaintiff remains a University employee, and she has never stopped receiving her full salary since the commencement of her termination process and for the duration of the period she has been on administrative leave. That, alone, is fatal to most of her claims. The plaintiff's Response references, heading-for-heading, the various arguments for dismissal advanced in Dr. Thompson's Motion, but Plaintiff's pleading fails to cite any jurisprudence or facts from her Complaint that adequately address the Complaint's legal and factual deficiencies. This Reply will address each of those fatal issues and will, in turn, show that this Court should dismiss the Complaint in all respects.

**WHEREFORE, PREMISES CONSIDERED,** Dr. Marcus L. Thompson, Jr. Ph.D. respectfully requests this Court grant his Motion to Dismiss and dismiss Plaintiff's Complaint as to each claim against him.

**RESPECTFULLY SUBMITTED**, on this, the 6th day of June, 2025.

>  */s/ E. Carlos Tanner, III*
> E. Carlos Tanner, Esq. (MS Bar No. 102713)
> TANNER & ASSOCIATES, LLC
> Post Office Box 3709
> Jackson, Mississippi 39207
> 601.460.1745 (telephone)
> 662.796.3509 (facsimile)
> carlos.tanner@thetannerlawfirm.com

## CERTIFICATE OF SERVICE

I, E. Carlos Tanner, III, do hereby certify that on this date, June 6, 2025, I have electronically filed the foregoing Reply in Support of Dr. Marcus L. Thompson Ph.D's Motion to Dismiss with the Clerk of Court for the United States District Court for the Southern District of Mississippi, which caused notification of that filing to be sent to all counsel of record in this cause.

**ON THIS**, the 6th day of June, 2025.

>  */s/ E. Carlos Tanner, III*
> E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
> TANNER & ASSOCIATES, LLC
> Post Office Box 3709
> Jackson, Mississippi 39207
> 601.460.1745 (telephone)
> 662.796.3509 (facsimile)
> carlos.tanner@thetannerlawfirm.com